570 A.2d 954

STATE OF NEW JERSEY v. DAVID LOVE.

October 10, 1989.

Petition for certification denied. (See 233 *N.J.Super.* 38, 558 *A.* 2d 15)

570 A.2d 955

STATE OF NEW JERSEY v. ROBERT KOCH.

October 10, 1989.

Petition for certification denied.

570 A.2d 955

STATE OF NEW JERSEY v. ABRAHAM MICKENS.

October 10, 1989.

Petition for certification denied.

570 A.2d 955

STATE OF NEW JERSEY v. DAVID LAMBERT.

October 10, 1989.

Petition for certification denied.